# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **ERICKA M. HUGHES** | **CIVIL ACTION NO. 6:21-cv-02277** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION** | **MAGISTRATE JUDGE PATRICK J. HANNA** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 24] of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections filed, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the decision of the Commissioner of the Social Security Administration is AFFIRMED, and this matter is DISMISSED WITH PREJUDICE, consistent with the report and recommendation.

THUS, DONE AND SIGNED, in chambers, on this 6th day of July, 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE